UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEIL JACOBSEN,<br><br>Plaintiff,<br><br>v.<br><br>C. BEENEY, et al.,<br><br>Defendants. | Case No. CV 15-8524-GW(KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed Plaintiff's Complaint, the Report and Recommendation of the United States Magistrate Judge, and all relevant records.  The Court accepts the findings and recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: March 8, 2016

HONORABLE GEORGE H. WU
United States District Judge