JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEIL JACOBSEN,<br><br>                            Plaintiff,<br><br>    v.<br><br>C. BEENEY, et al.,<br><br>                           Defendants. | Case No. CV 15-8524-GW(KK)<br><br>JUDGMENT |

     Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 8, 2016

                                                     HONORABLE GEORGE H. WU<br>
                                                     United States District Judge